UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re:   Richard C. Mitchell

Chapter 7
Case No. **10-20059**

Debtor(s)

## MOTION TO AMEND SCHEDULE A

Now come the Debtor, Richard C. Mitchell, and moves that he be allowed to amend his Schedule A, in accordance with the original Schedule A filed herewith, and by the direction of the Chapter 7 Trustee.

THEREFORE, the Debtors request that their Amended Schedule A be allowed.

/s/ Robert Osol, Esq.
Melia & Osol
16 Harvard Street
Worcester, MA 01609
(508) 753-5552
BBO#380625

## CERTIFICATE OF SERVICE

I, Robert Osol, Esq., certify that I served a copy of the Debtors' Schedule A on the parties named in the attached service list by first class mail, postage prepaid this 12th day of NOVEMBER 2010.

/s/ Robert Osol, Esq.
Melia & Osol
16 Harvard Street
Worcester, MA 01609
(508) 753-5552
BBO#380625

## SERVICE LIST

A T & T Mobility
Bankruptcy Department
371 Washington St.
Boston, MA 02108

American Express Co.
Bankruptcy Department
P.O. Box 297807
Fort Lauderdale, FL 33329

AMO Recoveries
P.O. Box 926100
Norcross, GA 30010-6200

ARS Recovery Services LLC
1845 Hwy 93 Ste. 310
Kalispell, MT 59901

Associated Recovery Systems
P.O. Box 469046
Escondido, CA 92046

Bank of America
Bankruptcy Department
P.O. Box 22002
Greensboro, NC 27420

Capital One Bank
Bankruptcy Department
P.O. Box 5155
Norcross, GA 30091

Casner & Edwards LLP
303 Congress Street
Boston, MA 02210

Charles Mitchell
85 Harmon St.
Cranston, RI

Chase Card Services/Khols
Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19886-5298

Child Support Enforcement Div
Department of Revenue
P.O. Box 9561
Boston, MA 02114-9561

Coan Oil
Bankruptcy Department
196 West Central St.
Natick, MA 01760

Discover Financial Services
Bankruptcy Department
P.O. Box 3025
New Albany, OH 43054-3025

Dominic Mitchell
P.O. Box 7904
Cumberland, RI 02864

GEMB/Old Navy
Bankruptcy Department
PO Box 103104
Roswell, GA 30076

HSBC Retail Services
Bankruptcy Department
P.O. Box 5213
Carol Stream, IL 60197-5213

IC System Inc.
P.O. Box 64378
Saint Paul, MN 55164

Internal Revenue Service
Bankruptcy Department
P.O. Box 21126
Philadelphia, PA 19114-1126

Internal Revenue Service
380 Westminster St., 4th Floor
Providence, RI 02903-3246

Langbort & Buettner LLP
40 Speen Street
Framingham, MA 01701

Law Office Gary H.Kreppel PC
1661 Worcester Road, Suite 401
Framingham, MA 01701

Law Offices Of Howard Lee Schi
Stephen Weiner
340 Main St., #959
Worcester, MA 01608

Lustig, Glaser & Wilson, P.C.
P.O. Box 9127
Needham, MA 02492-9127

Macy Dept Store NB
Bankruptcy Dept.
P.O. Box 8053
Mason, OH 45040-8053

New England Pheonix Company
John M. Keough, Esq.
337 Freeport St.
Boston, MA 02122-3545

Noreen M. Mitchell
127 Prospect Street
Sherborn, MA 01770

NSTAR Electric & Gas
1 NSTAR WAY
Westwood, MA 02090

Sovereign Bank
Bankruptcy Department
PO Box 8627
Reading, PA 19603

Stellar Recovery, Inc.
1845 Highway 93 South, Ste. 31
Kalispell, MT 59901

Susanne Barooshian
202 E. Central St.
Natick, MA 01760

The Institute for Software Adv
4 Mechanic Street
Natick, MA 01760

TNB-Target
PO Box 673
Minneapolis, MN 55440

United Recovery Systems
5800 N Course Drive
Houston, TX 77072

US Bank Home Mortgage
4590 E Broad St.
Columbus, OH 43213

Van Ru Credit Corporation
5230 Washongton St.
West Roxbury, MA 02132

Verizon Wireless
Bankruptcy Department
P.O. Box 15041
Worcester, MA 01615-0041

Weltman Weinberg & Reis
175 South 3rd St., Ste. 900
Columbus, OH 43215

**VIA ECF/PACER**

**Mark G. DeGiacomo**, Chapter 7 Trustee
**John Fitzgerald**, Office of the U.S. Trustee

In re **Mitchell, Richard C.** _____ Case No. _10-_____
         Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES
## Amended 11/11/2010

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __2__ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: __11/12/10__    Signature _/s/ Mitchell, Richard C._
                                Mitchell, Richard C.

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re  Mitchell, Richard C. _____,    Case No. 10-_____
                    Debtor(s)                                                      (if known)

# SCHEDULE A-REAL PROPERTY
## Amended 11/11/2010

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 127 Prospect St., Sherborn, MA 01770<br>Middlesex County Registry of Deeds<br>DEED: 3/13/2002 35033/42<br>MTG2: 8/4/2005 45791/169<br>$2,678.00 for 180 months<br>Taxes: $10,048.92 per year<br>MTG1: 6/8/2004 43001/406<br>$254.00/month HELOC<br>SUB of MTG2 to MTG1: 8/4/2005 45791/166<br>HMSTD by Noreen Mitchell 3/13/2002<br>Attachment: NE Pheonix<br>12/28/2009 54054/581 | Tenancy by the Entirety | | $ 555,000.00 | $ 461,031.94 |
| 105 Harmon St., Cranston, RI 02910<br>Deed: 5/2/2002 1719/325<br>Vested 20% Beneficial Interest of<br>$95,000.00 | As Trustees of | | $ 19,000.00 | $ 0.00 |

|  |  | **TOTAL $** | 574,000.00 | |
|---|---|---|---|---|

No continuation sheets attached    (Report also on Summary of Schedules.)