# EXHIBIT "3"

BK 35033 PG 042

# DEED

We, Richard C. Mitchell and Noreen M. Mitchell, Trustees of the Prospect Street Realty Trust under Declaration of Trust dated January 2, 1998 and recorded in the Middlesex South District Registry of Deeds at Book 29620, Page 591, of 127 Prospect Street, Sherborn, Middlesex County, Massachusetts

for consideration paid and in full consideration of One Dollar ($1.00)

grant to Richard C. Mitchell and Noreen M. Mitchell, husband and wife as tenants by the entirety

of 127 Prospect Street, Sherborn, Middlesex County, Massachusetts 01770 with **QUITCLAIM COVENANTS**

the land in Sherborn, Middlesex County, Massachusetts, with the buildings thereon, being shown as Lot 5 on a Plan entitled "Plan of Land in Sherborn, Mass. Date: November 11, 1987, Property of Helena B. Geoghegan Engineers and Surveyors: Connorstone Inc." to be recorded herewith and being more particularly bounded and described as follows:

| | |
|---|---|
| NORTHERLY | by Prospect Street 527.02 feet; |
| EASTERLY | by Lot 4 on said Plan by five lines, measuring respectively, 342.02 feet, 78.16 feet, 146.70 feet, 60.65 feet, and 160.00 feet; |
| SOUTHEASTERLY | by Lot 3 on said Plan, 108.15 feet; |
| SOUTHERLY | by Lot 3 on said Plan, by three lines, measuring respectively, 304.12 feet, 134.50 feet and 156.38 feet; |
| SOUTHEASTERLY | again by said Lot 3, 91.63 feet; |
| SOUTHWESTERLY | by Perry Street 178.05 feet; |
| NORTHWESTERLY | by land now or formerly of Stucchi by two lines, measuring respectively, 146.01 feet and 40.27 feet; |
| NORTHEASTERLY, NORTHWESTERLY and SOUTHWESTERLY | by said land now or formerly of Stucchi, 32.70 feet, 32.50 feet and 32.70 feet; |
| NORTHWESTERLY | by lands now or formerly of Stucchi and Webb on said Plan, 215 feet and 157.33 feet and |

PROPERTY ADDRESS: 127 Prospect Street, Sherborn, Massachusetts

MSD 03/13/02 02:02:03   1106   46.50

BK35033PG043

WESTERLY     by land now or formerly of Webb, 326.18 feet.

Containing, according to said Plan, 436,413 square feet or 10.02 Acres.

The premises are conveyed subject to 100' Wide Boston Edison Company Easement as shown on said Plan and a 250' Wide Boston Edison Company Easement as shown on said Plan.

Being the same premises conveyed to the Grantors by deed dated January 2, 1998 and recorded with the Middlesex South District Registry of Deeds in Book 29620, Page 600.

WITNESS our hands and seals this 12th day of March, 2002

_____
Richard C. Mitchell, Trustee
Prospect Street Realty Trust

_____
Noreen M. Mitchell, Trustee
Prospect Street Realty Trust

COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.                                March 12, 2002

Then personally appeared the above-named Richard C. Mitchell and Noreen M. Mitchell, Trustees of the Prospect Street Realty Trust, known to me to be the persons described in and who executed the foregoing instrument and acknowledged the same to be their free act and deed, before me.

_____
Notary Public Barbara Kantorski
My commission expires: June 3, 2006