# EXHIBIT "4"

CRTR2709-CR



**MASSACHUSETTS**
**MIDDLESEX PROBATE AND FAMILY COURT**
Public Docket Report

**MI06D4000DV1**
Mitchell, Noreen vs. Mitchell, Richard

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Domestic Relations | **FILE DATE:** | 11/28/2006 |
| **ACTION CODE:** | DB | **CASE STATUS:** | Active |
| **DESCRIPTION:** | Divorce 1B | **STATUS DATE** | 04/21/2009 |
| | | **CASE JUDGE** | Kaplan, Hon. Randy J |
| **CASE TRACK:** | | | |
| **CASE SESSION:** | Judge McSweeny Session | | |

### LINKED CASE

09P81PP001610

### PARTIES

**Plaintiff:**
Mitchell, Noreen Marie
127 Prospect Street
SHERBORN, MA 01770

**Private Counsel** 648092
Steven R. Ballard
Law Offices of Steven Ballard
Law Offices of Steven Ballard
354 Washington Street
Wellesley, MA 02481
Work Phone (781)235-7700
Added Date: 05/09/2008

**Private Counsel** 547976
Phyllis K. Kolman
Phyllis K. Kolman Law
Phyllis K. Kolman Law
Two Canal Park
5th Floor
Cambridge, MA 02141
Work Phone (617)235-7211
Added Date: 11/30/2006

**Private Counsel** 559485
Patrick M. Hart
Hart Law Offices PC
Hart Law Offices PC
189 Main Street
Marlborough, MA 01752
Work Phone (508)485-5400
Added Date: 10/16/2009

**Private Counsel** 561060
Amy Lyn Blake
Casner & Edwards, LLP
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
Work Phone (617)426-5900
Added Date: 02/12/2007

CRTR2709-CR

**MASSACHUSETTS**
**MIDDLESEX PROBATE AND FAMILY COURT**
Public Docket Report

**MI06D4000DV1**
Mitchell, Noreen vs. Mitchell, Richard

| Defendant | Pro Se | PROPER |
|---|---|---|
| Mitchell, Richard Charles<br>204 EAST CENTRAL STREET<br>Natick MA 01760 | Pro Se<br>Massachusetts Bar<br>Added Date: 11/18/2009 | |
| | **Private Counsel**<br>Marc Fitzgerald<br>Casner & Edwards LLP<br>Casner & Edwards LLP<br>303 Congress Street<br>Boston, MA 02210<br>Work Phone (617)426-5900<br>Added Date: 04/07/2009 | 656948 |

### FINANCIAL DETAILS

| Date | Fees/Fines/Costs | Assessed | Paid | Dismissed | Balance |
|---|---|---|---|---|---|
| 11/19/2009 | For the issuance of a Contempt Summons MGL 262 s.40 Receipt: 24546 Date: 11/19/2009 | 5.00 | 5.00 | 0.00 | 0.00 |
| 01/07/2010 | Certificate of Orders, Decrees, Rulings, Judgments or Other Proceeding $20.00 MGL 262 s. 4b Receipt: 28358 Date: 01/07/2010 | 20.00 | 20.00 | 0.00 | 0.00 |
| 06/22/2010 | PUBLIC COPIERS BROKEN Receipt: 43924 Date: 06/22/2010 | 7.50 | 7.50 | 0.00 | 0.00 |
| 07/09/2010 | Unattested Copy of Court Documents in Possession of Clerk, Register or Recorder MGL 262 s. 4b Receipt: 45594 Date: 07/09/2010 | 3.00 | 3.00 | 0.00 | 0.00 |
| 07/29/2010 | Unattested Copy of Court Documents in Possession of Clerk, Register or Recorder MGL 262 s. 4b Receipt: 47629 Date: 07/29/2010 | 10.00 | 10.00 | 0.00 | 0.00 |
| 09/28/2010 | Unattested Copy of Court Documents in Possession of Clerk, Register or Recorder MGL 262 s. 4b Receipt: 53232 Date: 09/28/2010 | 10.00 | 10.00 | 0.00 | 0.00 |
| | **Total** | **55.50** | **55.50** | **0.00** | **0.00** |

CRTR2709-CR

MASSACHUSETTS
MIDDLESEX PROBATE AND FAMILY COURT
Public Docket Report

MI06D4000DV1
Mitchell, Noreen vs. Mitchell, Richard

| INFORMATIONAL DOCKET ENTRIES | | | |
|---|---|---|---|
| Date | Reference | Description | Judge |
| 11/28/2006 | 1 | COMPLAINT FOR DIVORCE | |
| 11/28/2006 | 2 | CERTIFICATE OF MARRIAGE | |
| 11/28/2006 | 3 | AFFIDAVIT DISCLOSING CARE AND CUSTODY PROCEEDINGS | |
| 11/28/2006 | 4 | PLAINTIFF'S UNIFORM COUNSEL CERTIFICATION FORM | |
| 12/06/2006 | 6 | SUMMONS FILED, DATE OF SERVICE 12/05/2006 | |
| 12/06/2006 | 7 | NOREEN MARIE MITCHELL 'S REQUEST FOR FINANCIAL STATEMENT | |
| 12/07/2006 | 5 | MOTION, CONTESTED scheduled on 1/4/2007 | |
| 12/23/2006 | 8 | NOREEN MARIE MITCHELL 'S MOTION FOR TEMPORARY ORDERS | |
| 12/23/2006 | 13 | NOREEN MARIE MITCHELL 'S MOTION FOR TEMPORARY ORDERS FOR CHILD SUPPORT, ALIMONY TO PLAINTIFF | |
| 01/04/2007 | 9 | MOTION, CONTESTED scheduled on 1/11/2007 | |
| 01/04/2007 | 15 | NOREEN MARIE MITCHELL 'S FINANCIAL STATEMENT | |
| 01/04/2007 | 16 | NOTICE OF APPEARANCE OF RICHARD CHARLES MITCHELL , PRO SE | |
| 01/04/2007 | 17 | RICHARD CHARLES MITCHELL 'S MOTION FOR CONTINUANCE OF HEARING ON TEMPORARY ORDERS , , ATTY. | |
| 01/04/2007 | 18 | MOTION TO CONTINUE HEARING ALLOWED. WILLIAM F. McSWEENY III , J. ATTYS/PTYS ND 01/05/2007 | |
| 01/04/2007 | 19 | TEMPORARY ORDER DEFENDANT SHALL BE PLAINTIFF'S COUNSEL FEES . WILLIAM F. McSWEENY III , J. ATTYS/PTYS ND 01/05/2007 | |
| 01/11/2007 | 10 | CASE REASSIGNED TO JUDGE KAPLAN AFTER JUDGE MCSWEENY'S RECUSAL ] | |
| 01/11/2007 | 26 | MOTION TO CONTINUE HEARING DENIED. ROBERT W. LANGLOIS , J. ATTYS/PTYS ND 01/17/2007 | |
| 01/11/2007 | 27 | STIPULATION OF THE PARTIES DATED 01/11/2007 | |
| 01/11/2007 | 28 | TEMPORARY/SCHEDULING ORDER A PRE TRIAL CONFERENCE ON 6/18/2007 . ROBERT W. LANGLOIS , J. ATTYS/PTYS ND 01/17/2007 | |
| 01/11/2007 | 29 | ORDER OF ASSIGNMENT ON A PRE TRIAL CONFERENCE ON 6/18/2007 . ROBERT W. LANGLOIS , J. ATTYS/PTYS ND 01/17/2007 | |
| 01/11/2007 | | IMAGE ONLY: Motion [free text] Allowed [date] | |
| 01/11/2007 | | IMAGE ONLY: FINANCIAL STATEMENT | |
| 01/11/2007 | | IMAGE ONLY: FINANCIAL STATEMENT | |
| 01/11/2007 | | IMAGE ONLY: Motion [free text] Allowed [date] | |
| 01/11/2007 | | IMAGE ONLY: Motion [free text] Allowed [date] | |
| 01/11/2007 | 11 | PRETRIAL scheduled on 6/18/2007 | |
| 01/11/2007 | 14 | MOTION FOR CHILD SUPPORT AND ALIMONY ALLOWED. ROBERT W. LANGLOIS , J. ATTYS/PTYS ND 01/17/2007 | |
| 01/11/2007 | 20 | NOREEN MARIE MITCHELL 'S FINANCIAL STATEMENT | |
| 01/11/2007 | 21 | RICHARD CHARLES MITCHELL 'S FINANCIAL STATEMENT | |

Printed: 10/27/2010 10:55 am   Case No: MI06D4000DV1   Page 3

CRTR2709-CR

**MASSACHUSETTS**
**MIDDLESEX PROBATE AND FAMILY COURT**
Public Docket Report

**MI06D4000DV1**
Mitchell, Noreen vs. Mitchell, Richard

| Date | No. | Description |
|---|---|---|
| 01/11/2007 | 22 | NOTICE OF APPEARANCE OF AMY LYN BLAKE, COUNSEL FOR RICHARD MITCHELL |
| 01/11/2007 | 23 | RICHARD CHARLES MITCHELL 'S MOTION FOR JUDICIAL REASSIGNMENT |
| 01/11/2007 | 24 | MOTION FOR JUDICIAL REASSIGNMENT ALLOWED. WILLIAM F. McSWEENY III, J. ATTYS/PTYS ND |
| 01/11/2007 | 25 | RICHARD CHARLES MITCHELL 'S MOTION FOR CONTINUANCE OF HEARING FOR 1/11/2007, AMY LYN BLAKE, ATTY. |
| 01/17/2007 | 12 | SCHEDULING NOTICE FOR PRETRIAL - 06/18/2007 09:00 a.m. |
| 01/17/2007 | 30 | PRETRIAL NOTICE AND ORDER. ROBERT W. LANGLOIS, J. |
| 01/19/2007 | 31 | RICHARD C. MITCHELL 'S ANSWER AND COUNTERCLAIM ON COMPLAINT FOR DIVORCE |
| 04/04/2007 | 32 | PLAINTIFF'S CERTIFICATION OF COMPLETION OF PARENT EDUCATION PROGRAM |
| 05/02/2007 | 33 | MOTION, CONTESTED scheduled on 5/17/2007. |
| 05/02/2007 | 34 | MOTION, CONTESTED scheduled on 5/17/2007 rescheduled for 5/16/2007. |
| 05/04/2007 | 35 | MOTION, CONTESTED scheduled on 5/16/2007. |
| 05/04/2007 | 63 | NOREEN MARIE MITCHELL 'S MOTION FOR TEMPORARY ORDERS FOR VISITATION AND OOCCUPANCY OF THE FORMER MARITAL HOME |
| 05/08/2007 | 40 | NOREEN MARIE MITCHELL 'S COMPLAINT FOR CONTEMPT FROM ORDER DATED 01/11/2007, RETURNABLE 05/16/2007, PHYLLIS KOLMAN, FOR PLAINTIFF |
| 05/09/2007 | 41 | NOREEN MARIE MITCHELL 'S MOTION FOR SHORT ORDER OF NOTICE |
| 05/09/2007 | 42 | MOTION FOR SHORT ORDER OF NOTICE ALLOWED. JOHN M. SMOOT, J. ATTYS/PTYS ND 05/09/2007 |
| 05/09/2007 | 43 | ORDER. JOHN M. SMOOT, J. ATTYS/PTYS ND 05/09/2007 |
| 05/16/2007 | 36 | MOTION, CONTESTED scheduled on 5/16/2007 rescheduled for 6/6/2007. |
| 05/16/2007 | 37 | MOTION, CONTESTED scheduled on 5/23/2007. |
| 05/16/2007 | 38 | MOTION, CONTESTED scheduled on 5/23/2007 canceled |
| 05/16/2007 | 44 | BOTH PARTIES 'S MOTION FOR CONTINUANCE OF MOTIONS AND CONTEMPT COMPLAINT, PHYLLIS KOLMAN, ATTY. |
| 05/16/2007 | 45 | MOTION FOR CONTINUANCE OF CONTEMPT AND MOTION DATES ALLOWED. JOHN M. SMOOT, J. ATTYS/PTYS ND 05/16/2007 |
| 05/16/2007 | 74 | SUMMONS FILED, DATE OF SERVICE 05/16/2007 |
| 05/21/2007 | 69 | NOREEN MARIE MITCHELL 'S MOTION TO COMPEL PRODUCTION OF 410 MANDATORY DISCLOSURE DOCUMENTS |
| 06/06/2007 | 39 | CFST scheduled on 9/18/2007. |
| 06/06/2007 | 55 | RICHARD CHARLES MITCHELL 'S MOTION FOR VISITATION |
| 06/06/2007 | 56 | MOTION FOR VISITATION ALLOWED. RANDY KAPLAN, J. ATTYS/PTYS ND 07/23/2007 |
| 06/06/2007 | 57 | RICHARD CHARLES MITCHELL 'S MOTION FOR STRIKE AFFIDAVIT |

CRTR2709-CR

MASSACHUSETTS
MIDDLESEX PROBATE AND FAMILY COURT
Public Docket Report

MI06D4000DV1
Mitchell, Noreen vs. Mitchell, Richard

| Date | No. | Description |
|---|---|---|
| 06/06/2007 | 58 | MOTION FOR STRIKE DENIED. RANDY KAPLAN, J. ATTYS/PTYS ND 07/23/2007 |
| 06/06/2007 | 59 | STIPULATION OF THE PARTIES DATED 06/06/2007 |
| 06/06/2007 | 60 | TEMPORARY ORDER. RANDY KAPLAN, J. ATTYS/PTYS ND 07/23/2007 |
| 06/06/2007 | 61 | JUDGMENT DATED 06/06/2007 ON CONTEMPT FILED 05/08/2007. RANDY KAPLAN, J. ATTYS/PTYS ND 07/23/2007 |
| 06/06/2007 | 62 | STATUS CONFERENCE ORDER. RANDY KAPLAN, J. ATTYS/PTYS ND 07/23/2007 |
| 06/06/2007 | 64 | MOTION FOR TEMPORARY ORDERS ALLOWED. RANDY KAPLAN, J. ATTYS/PTYS ND 07/23/2007 |
| 06/06/2007 | | IMAGE ONLY: Motion [free text] Allowed [date] |
| 06/06/2007 | 46 | RICHARD CHARLES MITCHELL 'S MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM |
| 06/06/2007 | | IMAGE ONLY: Motion [free text] Allowed [date] |
| 06/06/2007 | | IMAGE ONLY: Motion [free text] Allowed [date] |
| 06/06/2007 | 47 | MOTION FOR APPOINTMENT OF GAL ALLOWED. RANDY KAPLAN, J. ATTYS/PTYS ND |
| 06/06/2007 | 48 | RICHARD CHARLES MITCHELL 'S FINANCIAL STATEMENT |
| 06/06/2007 | 49 | NOREEN MARIE MITCHELL 'S FINANCIAL STATEMENT |
| 06/06/2007 | 50 | APPOINTMENT OF STEPHEN LANDER ESQ AS GUARDIAN AD LITEM. RANDY KAPLAN, J |
| 06/06/2007 | 51 | ORDER DATED 06/06/2007 MODIFIED, RETURNABLE 05/14/2008 AT CAMBRIDGE. RANDY KAPLAN, J. ATTYS/PTYS ND |
| 06/06/2007 | 53 | NOREEN MARIE MITCHELL 'S MOTION FOR COUNSEL FEES |
| 06/06/2007 | 54 | MOTION FOR COUNSEL FEES ALLOWED. RANDY KAPLAN, J. ATTYS/PTYS ND 07/23/2007 |
| 07/06/2007 | 52 | APPOINTMENT OF DR. ROBERT ZIBBELL AS GUARDIAN AD LITEM. RANDY KAPLAN, J. |
| 09/18/2007 | 65 | Status conference continued and scheduled on 10/23/2007 at 2 p.m. @ Old 3rd District Court. |
| 09/18/2007 | 70 | BOTH PARTIE 'S MOTION FOR CONTINUANCE OF STATUS CONFERENCE, PHYLLIS KOLMAN & AMY BLAKE06182007, ATTY. |
| 09/18/2007 | 71 | MOTION FOR CONTINUANCE OF STATUS CONFERENCE ALLOWED. RANDY KAPLAN, J. ATTYS/PTYS ND 09/24/2007 |
| 10/01/2007 | 66 | MOTION, CONTESTED scheduled on 10/10/2007. |
| 10/02/2007 | 67 | MOTION, CONTESTED scheduled on 10/10/2007 canceled. |
| 10/03/2007 | 75 | FURTHER TEMPORARY ORDER WEEKLY PARENTING SCHEDULE. RANDY KAPLAN, J. ATTYS/PTYS ND 11/01/2007 |
| 10/23/2007 | 72 | PRETRIAL NOTICE AND ORDER. RANDY KAPLAN, J. |
| 10/23/2007 | 73 | TEMPORARY ORDER STATUS CONFERENCE ON JAN. 7, 2008. RANDY KAPLAN, J. ATTYS/PTYS ND 10/25/2007 |
| 10/24/2007 | 68 | PRETRIAL scheduled on 3/7/2008. |
| 01/02/2008 | 79 | BOTH PARTIE 'S MOTION FOR TO DELAY STATUS CONFERENCE |

CRTR2709-CR

MASSACHUSETTS
MIDDLESEX PROBATE AND FAMILY COURT
Public Docket Report

MI06D4000DV1
Mitchell, Noreen vs. Mitchell, Richard

| Date | # | Description |
|---|---|---|
| 01/02/2008 | 80 | MOTION FOR TO DELAY STATUS CONFERENCE ALLOWED. RANDY KAPLAN, J. ATTYS/PTYS ND 01/03/2008 |
| 01/10/2008 | 76 | MOTION, CONTESTED scheduled on 1/17/2008. |
| 01/10/2008 | 81 | NOREEN MARIE MITCHELL 'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS |
| 01/10/2008 | 82 | NOREEN MARIE MITCHELL 'S MOTION FOR TO INCREASE TEMPORARY SUPPORT ORDER |
| 01/10/2008 | 83 | NOREEN MARIE MITCHELL 'S MOTION FOR TO SUSPEND VISITATION PENDING REPORT OF THE GAL |
| 01/10/2008 | | IMAGE ONLY: Motion |
| 01/17/2008 | 77 | PRETRIAL scheduled on 3/7/2008 rescheduled for 3/17/2008 |
| 01/17/2008 | | IMAGE ONLY: Motion to Dismiss |
| 01/17/2008 | 84 | MOTION FOR TO SUSPEND VISITATION ALLOWED. RANDY KAPLAN, J. ATTYS/PTYS ND 01/17/2008 |
| 01/17/2008 | 85 | NOREEN MARIE MITCHELL 'S MOTION TO DISMISS DEFT'S MOTION TO SUSPEND VISITATION |
| 01/17/2008 | 86 | NOREEN MARIE MITCHELL 'S MOTION TO DISMISS MOTION TO INCREASE TEMPORARY SUPPORT |
| 01/17/2008 | 87 | NOREEN MARIE MITCHELL 'S MOTION TO DISMISS DEFT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS |
| 01/17/2008 | 88 | FURTHER TEMPORARY ORDER PRETRIAL IS RESCHEDULED TO MARCH 17, 2008 AT 9 AM IN CAMBRIDGE. RANDY KAPLAN, J. ATTYS/PTYS ND 01/17/2008 |
| 01/17/2008 | 89 | ORDER DATED 01/17/08 EXTENDED TO 05/14/2008 RANDY KAPLAN, J. |
| 01/17/2008 | 90 | SUMMONS FILED, DATE OF SERVICE 01/17/2008 |
| 01/17/2008 | | IMAGE ONLY: Motion to Dismiss |
| 01/23/2008 | 78 | MOTION, CONTESTED scheduled on 2/20/2008. |
| 01/24/2008 | 92 | NOREEN MARIE MITCHELL 'S MOTION TO CLARIFY ORDER DATED 01/17/2008 |
| 02/11/2008 | 93 | MOTION FOR CLARIFICATION OF ORDER DATED 1/17/2008 ALLOWED. RANDY KAPLAN, J. ATTYS/PTYS ND |
| 02/12/2008 | 94 | NOREEN MARIE MITCHELL 'S MOTION FOR INCREASE CHILD SUPPORT BY 10% |
| 02/13/2008 | 91 | MOTION, CONTESTED scheduled on 3/12/2008. |
| 02/13/2008 | 95 | MOTION FOR ALLOWANCE COMPLAINT FOR CONTEMPT TO BE HEARD ON 2/20/2008 |
| 02/13/2008 | 96 | NOREEN MARIE MITCHELL 'S MOTION FOR SHORT ORDER OF NOTICE |
| 02/13/2008 | 97 | NOREEN MARIE MITCHELL 'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS |
| 02/19/2008 | 99 | NOREEN MARIE MITCHELL 'S COMPLAINT FOR CONTEMPT FROM DATED 01/17/2008, RETURNABLE 03/12/2008. PHYLLIS KOLMAN, FOR PLAINTIFF |
| 02/26/2008 | 107 | SUMMONS ON CONTEMPT FILED, DATE OF SERVICE 02/21/2008 |
| 03/12/2008 | 98 | PRETRIAL scheduled on 3/17/2008 rescheduled for 4/17/2008 |
| 03/12/2008 | 100 | RICHARD CHARLES MITCHELL S ANSWER TO COMPLAINT FOR CONTEMPT |

CRTR2709-CR

MASSACHUSETTS
MIDDLESEX PROBATE AND FAMILY COURT
Public Docket Report

MI06D4000DV1
Mitchell, Noreen  vs.  Mitchell, Richard

| Date | No. | Description |
|---|---|---|
| 03/12/2008 | 101 | RICHARD CHARLES MITCHELL 'S FINANCIAL STATEMENT |
| 03/12/2008 | 102 | NOREEN MARIE MITCHELL 'S MOTION FOR COUNSEL FEES |
| 03/12/2008 | 103 | MOTION FOR COUNSEL FEES ALLOWED. RANDY KAPLAN , J.   ATTYS/PTYS ND |
| 03/12/2008 | 104 | MOTION FOR INCREASE TEMPORARY SUPPORT ORDER BY 10% DENIED. RANDY KAPLAN , J.   ATTYS/PTYS ND |
| 03/12/2008 | 105 | JUDGMENT DATED 03/12/2008 ON CONTEMPT FILED 02/19/2008. RANDY KAPLAN , J.   ATTYS/PTYS ND |
| 03/12/2008 | 106 | TEMPORARY ORDER PER STIPULATION DATED 03/12/2008 RANDY KAPLAN , J.    ATTYS/PTYS ND |
| 03/14/2008 | 110 | RICHARD CHARLES MITCHELL  S ANSWER TO COMPLAINT FOR CONTEMPT |
| 03/27/2008 | 169 | Request for Financial Statement |
| 04/03/2008 | 108 | MOTION, CONTESTED scheduled on 5/7/2008. |
| 04/04/2008 | 29 | Summons Filed, Date of Service 03/28/2008 |
| 04/10/2008 | 114 | NOTICE OF APPEARANCE OF STEVEN R. BALLARD , COUNSEL FOR NOREEN MARIE MITCHELL |
| 04/17/2008 | 109 | PRETRIAL scheduled on 5/27/2008. |
| 04/17/2008 | 111 | NOREEN MARIE MITCHELL 'S FINANCIAL STATEMENT |
| 04/17/2008 | 112 | RICHARD CHARLES MITCHELL 'S FINANCIAL STATEMENT |
| 04/17/2008 | 113 | TEMPORARY/SCHEDULING ORDER A PRE TRIAL CONFERENCE 5/27/2008 . RANDY KAPLAN , J.  ATTYS/PTYS ND |
| 04/17/2008 | | IMAGE ONLY: FINANCIAL STATEMENT |
| 04/17/2008 | | IMAGE ONLY: FINANCIAL STATEMENT |
| 05/27/2008 | 115 | CONTESTED TRIAL scheduled on 8/14/2009. |
| 05/27/2008 | 124 | PRE TRIAL CONFERENCE ORDER ON COMPLAINT FOR DIOVRCE FILED 11/28/06 ON AUGUST 14 & 29TH, 2008 . RANDY KAPLAN , J.  ATTYS/PTYS ND 05/28/2008 |
| 05/27/2008 | | IMAGE ONLY: FINANCIAL STATEMENT |
| 05/27/2008 | | IMAGE ONLY: FINANCIAL STATEMENT |
| 05/27/2008 | | IMAGE ONLY: Order |
| 05/27/2008 | | IMAGE ONLY: Order |
| 05/27/2008 | | IMAGE ONLY: Order |
| 05/27/2008 | | IMAGE ONLY: Order |
| 05/27/2008 | 116 | CONTESTED TRIAL scheduled on 8/29/2008. |
| 05/27/2008 | 117 | CFST scheduled on 7/8/2008. |
| 05/27/2008 | 118 | NOTICE FOR CONTESTED TRIAL - 08/14/2009 10:00 A.M. SENT. |
| 05/27/2008 | 119 | RICHARD CHARLES MITCHELL 'S FINANCIAL STATEMENT |
| 05/27/2008 | 120 | NOREEN MARIE MITCHELL 'S FINANCIAL STATEMENT |
| 05/27/2008 | 121 | ORDER ON NATICK DISTRICT COURT RESTRAINING ORDER . THE COURT DECLINES JURISDICTION OF THIS MATTER . RANDY KAPLAN , J.  ATTYS/PTYS ND 05/28/2008 |
| 05/27/2008 | 122 | ORDER AFTER PRE TRIAL CONFERNCE STATUS CONFERENCE ON JULY 8,2008 . RANDY KAPLAN , J. ATTYS/PTYS ND 05/28/2008 |

CRTR2709-CR

MASSACHUSETTS
MIDDLESEX PROBATE AND FAMILY COURT
Public Docket Report

MI06D4000DV1
Mitchell, Noreen vs. Mitchell, Richard

| Date | No. | Description |
|---|---|---|
| 05/27/2008 | 123 | ORDER FOR PRODUCTON OF RECORDS FROM DEPT. OF SOCIAL SREVICES . RANDY KAPLAN , J.  ATTYS/PTYS ND 05/28/2008 |
| 07/08/2008 | 126 | TEMPORARY/SCHEDULING ORDER . RANDY KAPLAN , J. ATTYS/PTYS ND 07/10/2008 |
| 07/10/2008 | 125 | MOTION, CONTESTED scheduled on 8/27/2008. |
| 07/25/2008 | 127 | CONTESTED TRIAL scheduled on 8/14/2009 rescheduled for 8/14/2008. |
| 08/13/2008 | 136 | Motion IN LIMINE |
| 08/14/2008 | 161 | Motion FEES |
| 08/28/2008 | 128 | CONTESTED TRIAL scheduled on 10/2/2008. |
| 08/28/2008 | 146 | Motion IN LIMINE |
| 10/14/2008 | 138 | Motion SHORT ORDER |
| 10/14/2008 | 140 | Motion to Continue |
| 10/15/2008 | 129 | CONTESTED TRIAL scheduled on 12/16/2008. |
| 10/24/2008 | 130 | CONTESTED TRIAL scheduled on 11/6/2008. FOR THE FIRST HALF OF THE DAY |
| 11/06/2008 | 131 | CFST scheduled on 1/9/2009. |
| 12/02/2008 | 132 | CONTESTED TRIAL scheduled on 12/16/2008 canceled. |
| 12/02/2008 | 143 | Motion EMERGENCY SUPERVISION |
| 12/04/2008 | 145 | Answer to OPPOSITION TO FEES |
| 12/23/2008 | 133 | CONTEMPT RETURNABLE scheduled on 1/21/2009. |
| 12/23/2008 | 148 | Subsequent Action Contempt Filed |
| 01/07/2009 | 154 | Mass. Statistical R408 Form |
| 01/09/2009 | 134 | PRETRIAL scheduled on 4/2/2009. |
| 01/15/2009 | 150 | Summons Filed, Date of Service 01/09/2009 |
| 01/24/2009 | | Informational docket entry: Converted Case from BasCOT - P&F on 01/24/2009 |
| 02/09/2009 | 135 | Pre-Trial Notice and Order Sent                         Kaplan<br>Event: Pretrial Conference Domestic and Equity<br>Date: 04/03/2009  Time: 09:00 AM<br>Result: Event not held: Continued by parties agreement |
| 02/23/2009 | 176 | Appearance by attorney Patrick M. Hart for Noreen M Mitchell |
| 03/05/2009 | 137 | Temporary Order SCHEDULING DATED 10/02/08 |
| 03/05/2009 | 139 | Motion SHORT ORDER Allowed 10/15/2008 |
| 03/05/2009 | 141 | Motion CONTINUE Allowed 10/15/2008 |
| 03/05/2009 | 142 | Temporary Order |
| 03/05/2009 | 144 | Motion EMERGENCY SUPERVISION Denied 12/02/2008 |
| 03/05/2009 | 147 | Motion IN LIMINE Allowed 12/28/2008 |
| 03/05/2009 | 149 | Judgment on Contempt FILED 12/23/08 DATED 01/21/09 |
| 03/05/2009 | 151 | Temporary Order SCHEDULING 04/3/09 DATED 02/09/09 |
| 03/05/2009 | 152 | Order RATIONALE OF BIFURCATED JUDGEMENT 01/21/09 |
| 03/05/2009 | 153 | Bifurcated Judgment of Divorce Nisi 01/07/09             Kaplan |
| 03/05/2009 | 155 | Notice ATTORNEY'S LIEN |

CRTR2709-CR

MASSACHUSETTS
MIDDLESEX PROBATE AND FAMILY COURT
Public Docket Report

MI06D4000DV1
Mitchell, Noreen vs. Mitchell, Richard

| Date | Doc# | Description | |
|---|---|---|---|
| 03/11/2009 | 163 | Notice OF WITHDRAWAL OF COUNSEL | |
| 04/01/2009 | 164 | Motion to Continue PRE-TRIAL | |
| 04/08/2009 | 156 | Motion for Temporary Orders VISITATION | |
| 04/08/2009 | 157 | Motion TO SECURE AND ENFORCE ATTY'S LIEN | |
| 04/08/2009 | 159 | Motion for Withdrawl of Marc Fitzgerald Esq., counsel for Richard Charles Mitchell<br><br>Attorney: Fitzgerald Esq., Marc<br>Attorney: Fitzgerald Esq., Marc | |
| 04/10/2009 | 175 | Subsequent Action for Modification filed by wife | |
| 04/21/2009 | 158 | Motion SECURE AND ENFORCE ATTY'S LIEN Allowed 04/08/2009 | |
| 04/21/2009 | 160 | Motion WITHDRAW Allowed 04/08/2009 | |
| 04/21/2009 | 162 | Order SCHEDULE FOR 04/02/09<br>DATED 01/09/09 | |
| 04/21/2009 | 165 | Motion CONTINUE PRE-TRIAL Allowed 04/02/2009 | |
| 04/21/2009 | 166 | Temporary Order VISIT<br>DATED 04/08/09 | |
| 04/21/2009 | 167 | Temporary Order ON DIVORCE FILED 11/28/06<br>PHONE CONF TO BE HEALD 05/14/09<br>DATED 04/08/09 | |
| 04/21/2009 | 168 | Temporary Order RESCHEDULE TO 07/20/09<br>DATED 04/08/09 | |
| 05/13/2009 | 177 | Notice of Appearance of Richard Charles Mitchell, Pro Se | |
| 06/08/2009 | 170 | Pre-Trial Notice and Order Sent<br>Event: Pretrial Conference Domestic and Equity<br>Date: 07/13/2009 Time: 12:00 PM<br>Result: Event not held: Continued by parties agreement | Kaplan |
| 06/08/2009 | 179 | Financial Statement for Noreen M. Mitchell | |
| 06/08/2009 | 180 | Stipulation of the Parties | |
| 07/09/2009 | 171 | Pre-Trial Notice and Order Sent<br>Event: Pretrial Conference Domestic and Equity<br>Date: 08/10/2009 Time: 02:00 PM<br>Result: Event not held: Continued by parties agreement | Kaplan |
| 07/09/2009 | 182 | Motion to Continue Pre-Trial Conference | |
| 07/15/2009 | 172 | Pre-Trial Notice and Order Sent<br>Event: Pretrial Conference Domestic and Equity<br>Date: 08/17/2009 Time: 02:00 PM<br>Result: Defendant did not appear: Rescheduled | Kaplan |
| 08/10/2009 | 184 | Motion to Continue Pre-Trial Conference | Kaplan |
| 08/17/2009 | 173 | Pre-Trial Notice and Order Sent<br>Event: Pretrial Conference Domestic and Equity<br>Date: 10/19/2009 Time: 10:00 AM<br>Result: Event Rescheduled by Court | Kaplan |
| 08/17/2009 | 185 | Financial Statement of Noreen M. Mitchell | |
| 08/24/2009 | 187 | Motion to Compel Production of Documents | |
| 09/01/2009 | 188 | Motion for Attorney Fees | |
| 09/01/2009 | 189 | Motion to Compel Production of Documents | |

Printed: 10/27/2010 10:55 am    Case No: MI06D4000DV1    Page: 9

CRTR2709-CR

MASSACHUSETTS
MIDDLESEX PROBATE AND FAMILY COURT
Public Docket Report

MI06D4000DV1
Mitchell, Noreen vs. Mitchell, Richard

| Date | No. | Description | Judge |
|---|---|---|---|
| 09/04/2009 | 190 | Motion for Attorney Fees | |
| 09/04/2009 | 198 | Motion for Att'y Fees | |
| 09/24/2009 | 174 | Pre-Trial Notice and Order Sent<br>Event: Pretrial Conference Domestic and Equity<br>Date: 11/03/2009 Time: 11:00 AM<br>Result: Defendant did not appear: Rescheduled | Kaplan |
| 09/24/2009 | 191 | Notice of Appearance of Richard Charles Mitchell, Pro Se | |
| 09/24/2009 | 192 | Stipulation of the Parties as to Discovery | |
| 10/14/2009 | 196 | Summons Filed, Date of Service 10/14/2009 | |
| 10/20/2009 | 178 | Temporary/Scheduling Order on Complaint for Divorce filed 11/28/2006   Dated 05/18/2009 | Kaplan |
| 10/20/2009 | 181 | Temporary/Scheduling Order on Complaint for Divorce filed 11/28/2006   Dated 06/08/2009 | Kaplan |
| 10/20/2009 | 183 | Motion to Continue Pre-Trial conference Allowed 07/09/2009 | Kaplan |
| 10/20/2009 | 186 | TemporaryScheduling Order on Complaint for Divorce filed 11/28/2006   Dated 08/17/2009 | Kaplan |
| 10/20/2009 | 193 | Temporary/Scheduling Order on Complaint for Divorce filed 11/28/2000   Dated 09/24/2009 | Kaplan |
| 10/20/2009 | 194 | Temporary Order   Dated 10/09/2009 | Kaplan |
| 10/20/2009 | 195 | Abuse Prevention Order on Modification  Dated 10/13/2009 | Kaplan |
| 11/18/2009 | 197 | Subsequent Action Contempt Filed | |
| 12/02/2009 | 200 | Summons Filed, Date of Service 11/28/2009<br>for Contempt | |
| 12/08/2009 | 201 | Notice of Appearance of Richard Charles Mitchell, Pro Se | |
| 12/30/2009 | 199 | Order for Temporary/Scheduling filed 11/28/09 Date 11/03/09 | Kaplan |
| 12/30/2009 | 202 | Financial Statement of Both Parties | |
| 12/30/2009 | 203 | Scheduling Order filed 11/28/09 date 12/8/09 | Kaplan |
| 12/30/2009 | 204 | Order of Complaint for Contempt filed 11/12/09 Date 12/23/09 | Kaplan |
| 04/12/2010 | 205 | Motion to Continue STATUS CONFERENCE | |
| 04/28/2010 | 206 | Motion to cont status conf Allowed 04/13/2010 | Kaplan |
| 04/28/2010 | 207 | Order of Contempt filed on 11/12/2009 dated 4/13/2010 | Kaplan |
| 06/07/2010 | 208 | Notice of Appearance of Richard Charles Mitchell, Pro Se | |
| 06/07/2010 | 209 | Financial Statement BOTH PARTIES | |
| 06/08/2010 | 210 | Order of Contempt DATED  6/7/2010 filed 11/2/2010 | Kaplan |
| 06/08/2010 | 211 | further Temporary Order dated 6/7/2010 | Kaplan |
| 06/08/2010 | 212 | Order After Pre Trial Conference on bifurcated divorce dated 6/7/2010 | Kaplan |