# EXHIBIT "6"

Welcome to South Middlesex County Registry of Deeds

# Registry of Deeds
William Francis Galvin, Secretary of the Commonwealth
Middlesex South - Eugene C. Brune, Register

**Home | Search | Index | Feedback | Contact**

Registry Home    |    Select Another Registry    |    Registry of Deeds Search    |    Contact Us    |    Help    |    F.A.Q

## CLICK HERE to try the new trial version of the Massachusetts Land Records web site!

The above link is made available to allow testing of the new Massachusetts Land Records web site. If you prefer to use the existing Massachusetts Land Records web site, you may disregard this trial version link and begin your search below.

⬅ Back

| Number | File Date | Type Desc. | # Pgs. | Cert No | Book/Volume/Page | Court Case No | Consideration |
|---|---|---|---|---|---|---|---|
| 246952 | 12/28/2009 | ATTACHMENT | 3 | | 54054/581 | | 200,000.00 |

No Indexed Property for this Instrument Number

| Grantor | MITCHELL RICHARD C |
|---|---|
| Grantee | NEW ENGLAND PHOENIX CO INC |

DOCUMENT IS IN WORKFLOW

🔍 Quick Document Viewer  Click here for Printing Instructions.
🔍 High Quality Document Viewer  (Requires TIFF Plug-In) Click here for Instructions.
⬇ Download the Document Pages (Requires TIFF Viewer) Click Here for Instructions.

For best results use Internet Explorer 5 and above or Netscape 6 and above.

---

Home | Search | Index | Feedback | Contact

©1996-2003 Secretary of the Commonwealth of Massachusetts. The documents provided in this web site are for informational purposes only. To obtain an official copy of any free document or publication, please contact the Secretary of the Commonwealth of Massachusetts, District Registry of Deeds.

Bk: 54054 Pg: 581



## COMMONWEALTH OF MASSACHUSETTS



Bk: 54054 Pg: 581   Doc: ATT
Page: 1 of 3   12/28/2009 11:08 AM

NORFOLK, ss

SUPERIOR COURT

CIVIL ACTION

NO. 09-02195 D

NEW ENGLAND PHOENIX CO., INC., .................., *Plaintiff(s)*

v.

RICHARD C. MITCHELL .................., *Defendant(s)*

### WRIT OF ATTACHMENT

To the sheriffs of our several counties or their deputies:

We command you to attach the goods or estate of defendant Richard C. Mitchell, of 204 East Central Street Natick, Massachusetts the value of $ 200,000.00 (the amount authorized), as prayed for by plaintiff New England Phoenix Co., Inc., of Boston MA, whose attorney is John M. Keough, Esq. 337 Freeport Street Boston MA 02122, in an action brought by said plaintiff NEPCO against said defendant Richard C. Mitchell in the Superior Court for Norfolk County, and make due return of this writ with your doings thereon.

The complaint in this case was filed on December 16, 2009. This attachment was approved on December 23, 20 09 by Cosgrove, J., in the amount of $ 200,000.00.

WITNESS, BARBARA J. ROUSE, Esquire, ~~SUZANNE V. DELVECCHIO, Esquire,~~ at Dedham, Massachusetts, the 23rd day of December 20 09.

A TRUE COPY
Doreen ……
DEPUTY SHERIFF
Middlesex County

……………… Clerk

NOTE:
1. This writ of attachment is issued pursuant to Rule 4.1 of the Massachusetts Rules of Civil Procedure.

F-29

## PROOF OF ATTACHMENT

I hereby certify and return that on ..................................., 20      , I attached the property of the within-named defendant, in the following manner:

..................................................................................................................................

..................................................................................................................................

..................................................................................................................................

..................................................................................................................................

Dated:              , 20    .

## PROOF OF SERVICE

I further certify and return that on ................................, 20      , I served a copy of the within writ of attachment on the within-named defendant, in the following manner:

..................................................................................................................................

..................................................................................................................................

..................................................................................................................................

Dated:              , 20    .

---

COMMONWEALTH OF MASSACHUSETTS  SUPERIOR COURT
NORFOLK, ss.

CIVIL ACTION
NO. 09-2195

New England Phoenix Co. Inc, Pltff.

Richard E. Mitchell, Deft.

WRIT OF ATTACHMENT
(Mass. R. Civ. P. 4.1)

HOUSE, Francis

After notice and hearing permission is hereby given to Deputy Sheriff to make an attachment in common form ex-parte — [handwritten] as to real estate owned by Deft. Richard E. Mitchell — in the sum of $1,300,000.00

[signature] Justice of the Superior Court
As: Brian C. Hale
[signature] Asst. Clerk

Date 12/23/09

MIDDLESEX SS    DECEMBER 28, 2009

By virtue of this writ of attachment, I this day at NINE o'clock and NO minutes A.M. attached all the right title and interest the within named defendant (S)
RICHARD C. MITCHELL
has in and to any and all real estate in the county of Middlesex, in the Southern District thereof:

*Doreen Dell'isola*

DEPUTY SHERIFF

NEPCO
NEW ENGLAND PHOENIX COMPANY INC.
337 FREEPORT STREET
BOSTON, MA   02122